**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,                         No. C 12-3311 WHA (PR)

            Plaintiff,                              **ORDER OF TRANSFER**

  vs.

MICHELLE OBAMA;
ATASCADERO STATE HOSPITAL
DIRECTOR; UNIT III CHIEF
MEDICAL OFFICER; DIRECTOR
FORENSIC PSYCHOLOGY,

            Defendants.
_____/

     This is a civil rights case brought pro se by a state prisoner incarcerated at the

Atascadero State Hospital.  He seeks a return of assets allegedly stolen from him at Atascadero

State Hospital.  Atascadero is located within the venue of the United States District Court for

the Eastern District of California.  Venue for this case is therefore proper in the Eastern District.

*See* 28 U.S.C. 1391.  Accordingly, and in the interests of justice, this case is **TRANSFERRED** to

the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a),

1406(a).  The clerk shall transfer this matter forthwith.

     **IT IS SO ORDERED.**

Dated: July___2_____, 2012.

                            _____
                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\OVERTON3311.TRN.wpd