United States District Court
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8   MICHAEL LOUIS OVERTON,                     No. C 12-3311 WHA (PR)

9              Plaintiff,                      **AMENDED ORDER OF TRANSFER;
                                               VACATING ORDER OF JULY 2,**
10     vs.                                     **2012**

11  MICHELLE OBAMA;
    ATASCADERO STATE HOSPITAL
12  DIRECTOR; UNIT III CHIEF
    MEDICAL OFFICER; DIRECTOR
13  FORENSIC PSYCHOLOGY,

14             Defendants.
                                        /
15

16         This is a civil rights case brought pro se by a state prisoner incarcerated at the

17  Atascadero State Hospital.  He seeks a return of assets allegedly stolen from him at Atascadero

18  State Hospital.  The case was ordered transferred for venue reasons to the United States District

19  Court for the Eastern District of California.  *See* 28 U.S.C. 1391, 1404(a), 1406(a).  Atascadero

20  actually is located within the venue of the Central District, not the Eastern District.  *See* 28

21  U.S.C. 84.  Venue for this case is therefore proper in the Central District and, in the interests of

22  justice, this case is **TRANSFERRED** to the United States District Court for the Central District of

23  California.  The order transferring this case to the Eastern District, dated July 2, 2012, is

24  **VACATED.**

25         **IT IS SO ORDERED.**

26  Dated: July____9____, 2012.

27                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
28  G:\PRO-SE\WHA\CR.12\OVERTON3311.TRN.wpd